# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv541

| | |
|---|---|
| **DIERDRE ASHTON RHINEHART,** ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> **CITY OF GASTONIA,** ) </br> ) </br> Defendant. ) </br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Notice sent to counsel by the Clerk of Court for the United States District Court, Western District of North Carolina, on February 29, 2008.

Counsel were advised to conduct an Initial Attorneys' Conference within 14 days and to file their Certificate of Initial Attorneys' Conference within 5 days thereof. The time within which to comply with the notice has expired but the attorneys have not filed a Certificate.

**IT IS, THEREFORE, ORDERED** that on or before March 26, 2008, counsel shall either file a Certificate of Initial Attorneys' Conference or explain why no such Certificate may be filed. This applies to counsel for all

parties. If such certificate cannot be filed jointly, then each counsel is responsible for filing his/her separate certificate or response.

Martin Reidinger
United States District Judge

Signed: March 20, 2008