IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NUMBER: 3:07-CV-00541

| | |
|---|---|
| DIERDRE ASHTON RHINEHART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF GASTONIA, )<br>)<br>Defendant. )<br>) | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER AND RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

NOW COMES the Defendant, CITY OF GASTONIA, by and through their undersigned counsel, CRANFILL SUMNER & HARTZOG LLP, and respectfully submits this Motion for an Extension of Time to Answer and Respond to Plaintiff's First Request for Production of Documents.

The Defendant respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an Order granting a 20-day extension of time, up to and including August 12, 2008, for the Defendant to serve answers and responses to Plaintiff's First Request for Production of Documents (hereinafter "Discovery Requests").

In support of this Motion, the Defendants respectfully show the Court the following:

1. Plaintiff served her Discovery Requests by mail on June 30, 2008. Therefore, the current deadline to answer and respond to such requests is July 23, 2008.

2. Plaintiff's counsel mailed the discovery requests to Defendant's counsel at Defendant's counsel's prior office address of 227 West Trade Street, Suite 600, Charlotte, NC 28202, thereby resulting in a delay of receipt of the discovery requests by Defendant's counsel.

282870 v 1

3. The Defendant has not previously filed a motion for an extension of time regarding these Discovery Requests.

4. Counsel for the parties have consulted and conferred about this matter, and counsel for the Plaintiff consents to this Motion.

5. This Motion is made in good faith and for good cause shown, and further, will not delay trial in this matter.

WHEREFORE, Defendant CITY OF GASTONIA respectfully moves this Court for an Order granting a 20-day extension of time, up to and including August 12, 2008, for the Defendant to serve responses to Plaintiff's First Request for Production of Documents.

Respectfully submitted this the __23rd__ day of July, 2008.

**CRANFILL SUMNER & HARTZOG LLP**

BY: _____/s/ BRADLEY P. KLINE_____
PATRICK H. FLANAGAN, State Bar No. 17407
BRADLEY P. KLINE, State Bar No. 34045
*Attorneys for Defendant City of Gastonia*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
E-mail: phf@cshlaw.com
E-mail: bkline@cshlaw.com

282870 v 1

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached ***DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER AND RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS*** on all of the parties to this cause by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

**John W. Gresham**
**JGresham@FergusonStein.com**

This the 23rd day of July, 2008.

**CRANFILL SUMNER & HARTZOG LLP**

BY: /s/**BRADLEY P. KLINE**
PATRICK H. FLANAGAN, State Bar No. 17407
BRADLEY P. KLINE, State Bar No. 34045
*Attorneys for Defendant City of Gastonia*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
E-mail: phf@cshlaw.com
E-mail: bkline@cshlaw.com