IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07-CV-541-DCK

| | |
|---|---|
| DIERDRE ASHTON RHINEHART, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CITY OF GASTONIA, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there is a motion ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **May 19, 2009**, prepared to discuss the status of this case and to argue the pending motion for summary judgment. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: April 20, 2009

David C. Keesler
United States Magistrate Judge