IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07-CV-541-DCK

| | | |
|---|---|---|
| **DIERDRE ASHTON RHINEHART,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CITY OF GASTONIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this matter is ripe for trial.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a final pretrial conference on **May 10, 2010** at 10:00 a.m.

**IT IS FURTHER ORDERED** that the trial of this matter shall commence on **May 17, 2010**. Counsel for the parties should review "Pretrial Order And Case Management Plan" (Document No. 6) regarding trial procedures and relevant deadlines.

**SO ORDERED**.

Signed: March 9, 2010

David C. Keesler
United States Magistrate Judge