# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07-CV-541-DCK

| | |
|---|---|
| **DIERDRE ASHTON RINEHART,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| **CITY OF GASTONIA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motions In Limine" (Document No. 24) filed on April 26, 2010. The Court will *sua sponte* <u>deny</u> Defendant's motion for failure to meet the requirements of the Local Rules. Local Rule 7.1(B) provides in pertinent part that "[a]ny motions other than for dismissal, summary judgment, or default judgment shall show that counsel have conferred or attempted to confer and have attempted in good faith to resolve areas of disagreement and set forth which issues remain unresolved." The pending motion does not indicate that the parties have conferred and set forth issues that remain unresolved. The undersigned expects that when the parties confer they may be able to resolve some, if not all, of the issues raised by Defendant's motion. If after consultation, unresolved issues remain, the Court will address those matters following a proper motion.

**IT IS, THEREFORE, ORDERED** "Defendant's Motions In Limine" (Document No. 24) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file any motion(s) in limine, consistent with this Order, on or before **April 30, 2010**.

**SO ORDERED**.

Signed: April 27, 2010

David C. Keesler
United States Magistrate Judge