IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07-CV-541-DCK

| | |
|---|---|
| DIERDRE ASHTON RINEHART,  )<br> )<br>      **Plaintiff,**    )<br> )<br>  v.                        )<br> )<br>**CITY OF GASTONIA,**    )<br> )<br>      **Defendant.**    )<br>_____) | **O R D E R** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court held a judicial settlement conference on May 12, 2010, and the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter short of trial. Counsel are respectfully reminded of Section IV(E) of the Pretrial Order and Case Management Plan (Document No. 26) providing that the parties are to file all documents needed to effectuate the settlement of a case within thirty (30) days of reaching an agreement, unless additional time is sought and granted by the Court.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **June 14, 2010**.

**IT IS FURTHER ORDERED** that the Plaintiff's "Motion In Limine" (Document No. 33) filed May 12, 2010 is hereby **DENIED AS MOOT**.

**SO ORDERED**.

Signed: May 13, 2010

David C. Keesler
United States Magistrate Judge