IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-541-DCK

| | |
|---|---|
| DIERDRE ASHTON RHINEHART, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CITY OF GASTONIA, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

The extended deadline to file settlement documents has expired. (Document No. 38).

**IT IS, THEREFORE, ORDERED** that the parties file a stipulation of dismissal or show cause why this action should not be closed, on or before **August 25, 2010**.

Signed: August 18, 2010

David C. Keesler
United States Magistrate Judge