IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NUMBER 3:07-cv-00541

| | |
|---|---|
| DIERDRE ASHTON RHINEHART,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF GASTONIA,<br><br>                Defendant. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the parties stipulate as follows:

1. Plaintiff Dierdre Ashton Rhinehart dismisses this action with prejudice.

2. The parties shall bear their own costs.

This, the 25th day of August, 2010.

| | |
|---|---|
| \s\ Bradley P. Kline | \s\ John W. Gresham |
| Mr. Bradley P. Kline; NC Bar No. 34045 | John Gresham, NC Bar No. 6647 |
| Mr. Patrick H. Flanagan; NC Bar No. 17407 | FERGUSON, STEIN, CHAMBERS, GRESHAM |
| CRANFILL, SUMNER & HARTZOG, L.L.P. |   & SUMTER, P.A. |
| Post Office Box 30787 | 741 Kenilworth Avenue, Suite 300 |
| Charlotte, NC 28230 | Charlotte, NC 28204 |
| Email: bkline@cshlaw.com | Telephone: (704) 375-8461 Ext. 114 |
|       phf@cshlaw.com) | Facsimile: (704) 334-5654 |
| Counsel for Defendant | Email: JGresham@Law.Fswags.Com |
| | Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system which will send notification of such filing to Mr. Bradley P. Kline (e-mail: bkline@cshlaw.com) and Mr. Patrick H. Flanagan (e-mail: phf@cshlaw.com ), counsel for the Defendants.

This, the 25th day of August, 2010.

_____\s\ John W. Gresham_____
ATTORNEY FOR PLAINTIFF